# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tulsi R. Ringwala aka Tulsi Rajesh Ringwala<br>Debtor(s) | CHAPTER 7 |
| COLONIAL SAVINGS F.A.<br>Movant<br>vs.<br>Tulsi R. Ringwala aka Tulsi Rajesh Ringwala<br>Debtor(s) | NO. 19-17581 MDC |
| LYNN E. FELDMAN    Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 8th day of January, 2020 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow COLONIAL SAVINGS F.A. to exercise its rights pursuant to the loan documents regarding the premises 3320 Eileen Court Bethlehem, PA 18020. It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Tulsi R. Ringwala aka Tulsi Rajesh Ringwala
3320 Eileen Court
Bethlehem, PA 18020

MICHELLE DEWALD
P.O. Box 5101
Bethlehem, PA 18015

**LYNN E. FELDMAN**
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532