United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17581-mdc
Tulsi R. Ringwala                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD      Page 1 of 1         Date Rcvd: Jan 10, 2020
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db          +Tulsi R. Ringwala,   3320 Eileen Court,   Bethlehem, PA 18020-7714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
    LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
    MICHELLE DEWALD    on behalf of Debtor Tulsi R. Ringwala mdewald@rcn.com
    REBECCA ANN SOLARZ    on behalf of Creditor   Colonial Savings F.A. bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tulsi R. Ringwala aka Tulsi Rajesh Ringwala<br>Debtor(s) | CHAPTER 7 |
| COLONIAL SAVINGS F.A.<br>Movant<br>vs.<br>Tulsi R. Ringwala aka Tulsi Rajesh Ringwala<br>Debtor(s) | NO. 19-17581 MDC |
| LYNN E. FELDMAN    Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 8th day of January, 2020 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow COLONIAL SAVINGS F.A. to exercise its rights pursuant to the loan documents regarding the premises 3320 Eileen Court Bethlehem, PA 18020. It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Tulsi R. Ringwala aka Tulsi Rajesh Ringwala
3320 Eileen Court
Bethlehem, PA 18020

MICHELLE DEWALD
P.O. Box 5101
Bethlehem, PA 18015

**LYNN E. FELDMAN**
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532