Certificate Number: 17082-PAE-DE-034254477

Bankruptcy Case Number: 19-17581



17082-PAE-DE-034254477

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 19, 2020, at 11:23 o'clock AM MST, TULSI R RINGWALA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 19, 2020

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director